# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                             NO. 2022 KW 0074

VERSUS

DARRYL BRAGGS, JR.                                            **JANUARY 25, 2022**

---

In Re:    Darryl Braggs, Jr., applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 211014.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT GRANTED.**  The trial court's ruling granting the State's notice to introduce other crimes evidence of relator's possible gang affiliation pursuant to La. Code Evid. art. 404(B)(1) is reversed.  The mere showing of gang affiliation or participation in the crimes by known gang members is insufficient to permit evidence of such gang affiliation to be introduced at trial.  Absent evidence that gang affiliation was the reason for commission of the underlying crimes, evidence of relator's possible gang affiliation has no bearing on or relevance to prove the elements of the charged crimes.  See **State v. Hawkins**, 2016-0458 (La. App. 4th Cir. 5/17/17), 219 So.3d 1133, 1149, writs denied, 2017-1183, 2017-1280 (La. 5/18/18), 242 So.3d 575; **State v. Barnes**, 28,835 (La. App. 2d Cir. 12/11/96), 685 So.2d 1148, 1155.

JMM
**WIL**

    **Wolfe, J.**, dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

*a.Snl*

_____
DEPUTY CLERK OF COURT
FOR THE COURT